1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10  SAMUEL D. GOOD JR.,

11                          Plaintiff,

12            v.

13  DEPARTMENT OF JUSTICE

14  SUPERIOR COURTS, et al.,

15                          Defendant(s).

16

Case No. 2:24-cv-02713-JLS-SSC

**JUDGMENT**

17

18      Pursuant to the Order Accepting Findings, Conclusions, and

19  Recommendations of United States Magistrate Judge, IT IS

20  ADJUDGED that this action is dismissed without prejudice as barred

21  pursuant to *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994), and for

22  Plaintiff's failure to prosecute and comply with court orders.

23

24  DATED:  September 12, 2024

25  _____

26  HONORABLE JOSEPHINE L. STATON
    UNITED STATES DISTRICT JUDGE

27

28